UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARON BEMENT<br><br>　　　　　　Plaintiff,<br>v.<br>JAMES G. COX and GREG SMITH,<br>　　　　　　Defendants. | Case No. 3:12-cv-00475-MMD-WGC<br><br>ORDER |

Pursuant to the Ninth Circuit Court of Appeals' decision on appeal (ECF No. 63), the part of the September 22, 2014, Order granting summary judgment and dismissal of Plaintiff's § 504 claim under the Rehabilitation Act, 29 U.S.C. § 794, against the State of Nevada (Nevada Department of Corrections) (ECF No. 38 at 4) is hereby vacated.

DATED THIS 18th day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE