ADAM PAUL LAXALT
  Attorney General
KEVIN A. PICK (NV Bar No. 11683)
  Deputy Attorney General
CAMERON P. VANDENBERG (NV Bar No. 4356)
  Chief Deputy Attorney General
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tel: 775-687-2129
Fax: 775-688-1822
kpick@ag.nv.gov
cvandenberg@ag.nv.gov
*Attorneys for Defendant NDOC*

BRIAN R. MORRIS, ESQ.
Nevada Bar No. 5431
5455 South Fort Apache Road, Suite 108-151
Las Vegas, Nevada 89148
Tel:  702-389-3974
Fax: 702-313-0876
brmorris@lawforthepeople.com
*Attorney for Plaintiff Baron Bement*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARON BEMENT,<br><br>              Plaintiff,<br><br>   vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>              Defendant. | CASE NO. 3:12-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NDOC TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request for this Pleading, Third Request for Entire Case Since Remand to District Court) |

Defendant, State of Nevada, *ex rel* its Department of Corrections, and Plaintiff, Baron Bement, by and through their respective attorneys, hereby stipulate and agree to extend Defendant's time to file its Motion for Summary Judgment by twenty-eight (28) days, up to and including April 4, 2018.  The current deadline for Defendant's Motion is March 7, 2018.

/ / /

/ / /

/ / /

/ / /

Good cause exists for the extension due to defense counsel's litigation schedule and upcoming administrative hearings. This is the first extension of time requested to file this motion by Defendant, and this Stipulation is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 20th day of February, 2018.

BY: /s/ *Brian Morris*  
    BRIAN MORRIS, ESQ.  
    5455 South Fort Apache Road,  
    Suite 108-151  
    Las Vegas, Nevada 89148  
    *Attorney for Plaintiff*

ADAM PAUL LAXALT  
ATTORNEY GENERAL

BY: /s/ *Kevin A. Pick*  
    KEVIN A. PICK  
    Deputy Attorney General  
    5420 Kietzke Lane, Suite 202  
    Reno, NV 89511  
    *Attorneys for Defendant*

\* \* \*

**ORDER**

IT IS SO ORDERED this 23rd day of February, 2018.

_____  
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), the undersigned hereby certifies that she is an employee of the State of Nevada Office of the Attorney General and is a person of such age and discretion as to be competent to serve papers. That on February 20, 2018, the undersigned filed a true and accurate copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NDOC TO FILE MOTION FOR SUMMARY JUDGMENT** with the United States District Court, using CM/ECF Electronic Filing, which will e-serve the following electronically:

Brian R. Morris, Esq.
brmorris@lawforthepeople.com

/s/
An employee of the State of Nevada
Office of the Attorney General