1  Brian R. Morris, Esq.
   Nevada Bar No. 5431
2  5455 S Fort Apache Rd #108-151
   Las Vegas, Nevada 89148
3  (702) 389-3974
   (775) 313-0876 (Fax)
4  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARON BEMENT, | Case No. 3:12-cv-00475-MMD-WGC |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA ex rel. its DEPARTMENT OF CORRECTIONS, a governmental entity, DOES I-V | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME
TO OPPOSE MOTION FOR SUMMARY JUDGMENT
(First request for this particular filing and the fourth request for entire case since remand)**

Pursuant to Local Rule IA 6-1, the parties, by and through their respective undersigned counsel, hereby stipulate and agree to an extension of time for Plaintiff to oppose Defendant's Motion for Summary Judgment (ECF No. 90). The original deadline for filing the Opposition to Defendant's Motion for Summary Judgment is today April 24, 2018. Plaintiff will be filing a Motion to Strike the Motion for Summary Judgment today. The parties agree and stipulate for Plaintiff to have twenty-one (21) days from the decision of Plaintiff's Motion to Strike to file an Opposition to the Motion for Summary Judgment, if necessary. An extension is being requested in the interest of conserving the parties resources and judicial economy. (FRCP 1). For these reasons, the parties stipulate for Plaintiff to have twenty-one days from the date of the decision of the Motion to Strike to respond to Defendant's

*///*

*///*

1

Motion for Summary Judgment, if needed.

      RESPECTFULLY SUBMITTED this 24th day of April, 2018.

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

By: : _____/s/_____        By: _____
     Kevin A. Pick, Esq.                Brian Morris, Esq.
     Attorney for Defendants          Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2018