Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 S Fort Apache Rd #108-151
Las Vegas, Nevada 89148
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff Baron Bement

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARON BEMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. its DEPARTMENT OF CORRECTIONS, a governmental entity, DOES I-V<br><br>    Defendants. | Case No. 3:12-cv-00475-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, the parties, by and through their respective undersigned counsel, hereby stipulate and agree to an extension of time for Plaintiff to oppose Defendant's Motion for Summary Judgment (ECF No. 90). Said motion was filed on April 3, 2018. The original deadline for filing the Opposition to Defendant's Motion for Summary Judgment was April 24, 2018. Plaintiff requested an extension to oppose said motion since he filed a Motion to Strike and wanted to conserve the parties resources and judicial economy in case the motion was granted. This Court granted Plaintiff twenty-one (21) days from the decision of Plaintiff's Motion to Strike to file an Opposition to the Motion for Summary Judgment. (ECF No. 93). This deadline is today, May 29, 2018. Despite diligence on working on the Opposition, Plaintiff has not been able to complete it and desires an additional fourteen (14) day extension to oppose the motion for summary judgment. For these reasons,

///

///

///

1

the parties stipulate for Plaintiff to have an additional fourteen days from today in which to file his Opposition.

RESPECTFULLY SUBMITTED this 29th day of May, 2018.

ADAM LAXALT
ATTORNEY GENERAL

By: _____/s/_____  By: _____
    Kevin A. Pick, Esq.     Brian Morris, Esq.
    Attorney for Defendants     Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 30, 2018__