ADAM PAUL LAXALT
Attorney General
CAMERON P. VANDENBERG (Bar No. 4356)
Chief Deputy Attorney General
KEVIN A. PICK (Bar No. 11683)
Deputy Attorney General
Bureau of Business & State Services
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Tel. (775) 687-2129
Fax. (775) 688-1822
kpick@ag.nv.gov
*Attorneys for Defendant NDOC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARON BEMENT,<br><br>            Plaintiff,<br><br>   vs.<br><br>THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>            Defendants. | Case No. 3:12-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF SUMMARY JUDGMENT**<br>**(First Request)** |

Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS ("NDOC"), by and through its attorneys, ADAM PAUL LAXALT, Attorney General for the State of Nevada, by KEVIN A. PICK, Deputy Attorney General, and CAMERON P. VANDENBERG, Chief Deputy Attorney General, and Plaintiff BARON BEMENT, by and through counsel, BRIAN R. MORRIS, Esq., stipulate to enlarge the current deadline for the Defendant to file and serve its Reply in Support of Summary Judgment by fourteen (14) days up to and including Tuesday, July 10, 2018. Defendant's Reply in Support of Summary Judgment is currently due Tuesday, June 26, 2018. Due to responsibilities in other cases and the length and complexity of Plaintiff's Opposition to Summary Judgment, Defendant's counsel requires additional time to prepare its Reply in Support of Summary Judgment. This is Defendant's first request for an extension of the current June 26, 2018, deadline for Defendant's Reply in Support of Summary Judgment.

This Stipulation is made in good faith and not for purposes of delay.

DATED this 25th day of June 2018.

ADAM PAUL LAXALT
Attorney General

By: */s/ Kevin A. Pick*
   CAMERON P. VANDENBERG
   Chief Deputy Attorney General
   Nevada State Bar No. 4356
   KEVIN A. PICK
   Deputy Attorney General
   Nevada State Bar No. 11683
   *Attorneys for Defendant NDOC*

*/s/ Brian R. Morris*
Brian R. Morris, Esq.
5455 S. Fort Apache Road, #108-151
Las Vegas, NV 89148
Tele: (702) 389-3974
Fax: (775) 313-0876
*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED this 26th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE