UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BARON BEMENT,<br><br>Plaintiffs,<br>v.<br>JAMES G. COX, *et al.*,<br><br>Defendants. | Case No. 3:12-cv-00475-MMD-WGC<br><br>ORDER |

The Ninth Circuit Court of Appeals has resolved Plaintiff's appeal by affirming in part, reversing in part and remanding for further proceedings. (ECF No. 113.) In particular, the court of appeals affirmed the Court's granting of summary judgment on Plaintiff's retaliation claim but reversed the granting of summary judgment on Plaintiff's disability claims. (*Id.* at 3-4.) The Court therefore vacates its prior order (ECF No. 105) and judgment (ECF No. 106) in part only with respect to Plaintiff's first two claims under the Rehabilitation Act for disability discrimination and failure to provide reasonable accommodation. These two claims will now proceed to trial. The parties are directed to file a proposed joint pretrial order within 30 days.

DATED THIS 8th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE