UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BARON BEMENT, and individual,<br><br>                              Plaintiff,<br>       v.<br><br>JAMES COX, an individual, *et al.*,<br><br>                              Defendants. | Case No. 3:12-cv-00475-MMD-WGC<br><br>ORDER |

In the Joint Status Report submitted in response to the Court's order to file a proposed joint pretrial order, the parties gave notice that Plaintiff Baron Bement passed away on June 8, 2020. (ECF No. 124.) Accordingly, it is ordered that any motion to substitute the proper party to prosecute Bement's remaining claim must be filed within 90 days from today (October 6, 2020). *See* Fed. R. Civ. P. 25(a)(1). In the absence of such a motion, this action will be dismissed.


DATED THIS 8th day of July 2020.


_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE