UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BARON BEMENT, | Case No. 3:12-cv-00475-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| JAMES G. COX, *et. al.,* | |
| Defendant. | |

On June 26, 2017, Plaintiff Baron Bement filed an amended complaint pursuant to § 504 of the Rehabilitation Act, 29 U.S.C. § 794. (ECF No. 70.) On July 7, 2020 in a Joint Status Report submitted to the Court's order to file a proposed joint pretrial order, the parties gave notice that Bement passed away on June 8, 2020. (ECF No. 124.) Defendant then filed a suggestion of death on the record. (ECF No. 126.) On July 8, 2021, pursuant to Federal Rule of Civil Procedure 25(a)(1), the Court directed any party or the decedent's successor or representative to file a motion for substitution within 90 days after service of a statement noting death. (ECF No. 125.) That deadline has now expired, and no party has filed a motion for substitution.[1]

Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

---

[1] On December 16, 2020, Defendants filed a motion to dismiss the action with prejudice because no party had been substituted. (ECF No. 127.) No response was filed, and on March 23, 2021, Defendants filed a reply further urging the Court to dismiss the matter with prejudice. (ECF No. 128.) Because the Court is dismissing the action, the Court will deny the motion to dismiss (ECF No. 127) as moot.

1   It is therefore ordered that this action is dismissed with prejudice because no

2   motion for substitution was made in accordance with the Court's order.

3        It is further ordered that Defendants' motion to dismiss (ECF No. 127) is denied as

4   moot.

5        The Clerk of Court is directed to enter judgment accordingly and close this case.

6        DATED THIS 29th Day of April 2021.

7

8        _____

9        MIRANDA M. DU
         CHIEF UNITED STATES DISTRICT JUDGE